CITY OF PATERSON v. PATERSON POLICE P.B.A. LOCAL # 1.

November 16, 1982.

Petition for certification granted.   (See 184 *N.J.Super.* 591)

CITY OF PATERSON v. PATERSON POLICE P.B.A. LOCAL # 1.

November 16, 1982.

Petition for certification granted.   (See 184 *N.J.Super.* 591)

IN THE MATTER OF EAST NEWARK EDUCATION ASSOCIATION v. EAST NEWARK BOARD OF EDUCATION.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID JONES.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND STROUD.

November 16, 1982.

Petition for certification denied.